UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   SOUTH FLORIDA SOD, INC.,                                      Case No. 6:13-bk-08466-CCJ
                                                                                              Chapter   11
          Debtor.
_____/

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, Patti W. Halloran, Esquire, of Gibbons, Neuman, Bello, Segall, Allen & Halloran, P.A., counsel for Wauchula State Bank, creditor and party in interest, and hereby enters her appearance in the above-styled cause.  Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests that all notices given or required to be given in this case and all papers required to be served in this case, be given and served upon the undersigned attorney.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Notice of Appearance and Request for Service* was filed electronically with U.S. Bankruptcy court on July 28, 2013: and that copies have been provided by first class U.S. Mail, postage prepaid, to:  South Florida Sod, Inc., 4366 E. Kinsey Rd., Avon Park, FL 33825; R. Scott Shuker, Esq., PO Box 3353, Orlando, FL 32802; Frank M. Wolff, Esq., 1851 W. Colonial Dr., Orlando, FL 32804; Elena L. Escamilla, Esq., Office of US Trustee, 400 W. Washington St., Ste. 1100, Orlando, FL 32801; and creditors and parties in interest per the attached mailing matrix on July 29, 2013.

                                        GIBBONS, NEUMAN, BELLO, SEGALL,
                                        ALLEN & HALLORAN, P.A.


                                        */s/ Patti W. Halloran*_____
                                        PATTI W. HALLORAN, ESQUIRE
                                        Florida Bar No. 251135
                                        3321 Henderson Boulevard
                                        Tampa, Florida 33609
                                        (813) 877-9222
                                        (813) 877-9290 facsimile
                                        phalloran@gibblaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:13-bk-08466-CCJ<br>Middle District of Florida<br>Orlando<br>Sun Jul 28 17:19:37 EDT 2013 | Barnett Bolt Kirkwood Long & McBride<br>Michael V. Hargett, Esq.<br>601 Bayshore Blvd, Suite 700<br>Tampa, FL 33606-2756 | Gordon J. Schiff, P.A.,dba Schiff Law Group<br>c/o Michael V. Hargett, Esq.<br>601 Bayshore Blvd., Suite 700<br>Tampa, FL 33606-2756 |
| POLK COUNTY TAX COLLECTOR JOE G TEDDER, CFC<br>PO BOX 2016<br>BARTOW, FL 33831-2016 | Orange Hammock Ranch, LLC<br>c/o Robert W. Davis, Jr., Esq.<br>Holland & Knight LLP<br>200 S. Orange Ave., Ste. 2600<br>Orlando, FL 32801-3453 | South Florida Sod, Inc.<br>4366 E. Kinsey Road<br>Avon Park, FL 33825-9004 |
| c/o Jeffry R. Jontz Texas 1845, LLC<br>P.O. Box 1961<br>Winter Park, FL 32790-1961 | ATCF II Florida-A LLC<br>Capital One NA Cltrl Assignee<br>MTAG as Custodian<br>PO Box 54286<br>New Orleans, LA 70154-4286 | Ascot Capital LLC-3 US Bank<br>c/o Ascot Capital LLC-3<br>PO Box 645040<br>Cincinnati, OH 45264-0303 |
| Barnett Bolt Kirkwood Long & McBride<br>c/o Michael V. Hargett, Esq.<br>601 Bayshore Blvd., Suite 700<br>Tampa, FL 33606-2756 | Blue Ridge Mountain EMC<br>P.O. Box 1366<br>Hayesville, NC 28904-1366 | Century Link<br>P.O. Box 1319<br>Charlotte, NC 28201-1319 |
| Chippewa Co. Tax Collector<br>319 Court Street<br>Sault Ste. Marie, MI 49783-2183 | Choice Environmental<br>P.O. Box 1478<br>Lehigh Acres, FL 33970-1478 | Duke Energy<br>P.O. Box 33199<br>St. Petersburg, FL 33733-8199 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Dept of Revenue<br>Attn:  Executive Director<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0140 | Ford Motor Credit<br>P.O. Box 542000<br>Omaha, NE 68154-8000 |
| George D. Warthern Bank<br>P.O. Box 637<br>Sandersville, GA 31082-0637 | Gerald Darroh, Inc.<br>P.O. Box 737<br>Whitesboro, TX 76273-0737 | Hardee Co. Tax Collector<br>110 W. Oak St., #102<br>Wauchula, FL 33873-2605 |
| Highlands Co. Tax Collector<br>540 S. Commerce Ave.<br>Sebring, FL 33870-3867 | Home Depot Credit Services<br>Dept. 32-2000345508<br>P.O. Box 6029<br>The Lakes, NV 88901-6029 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | JOE G TEDDER, CFC<br>POLK COUNTY TAX COLLECTOR<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016, BARTOW, FL 33831 | Lynch, Johnson & Long<br>603 N. Indian River Dr.<br>Ste. 300<br>Fort Pierce, FL 34950-3057 |
| Masters and Sellars, PC<br>152 Colorado Ave.<br>Monstrose, CO 81401-3629 | Orange Hammock Ranch, LLC<br>582 Beachland Blvd., Ste.300<br>Vero Beach, FL 32963-1758 | Orange Hammock Ranch, LLC<br>c/o Brian A. McDowell, Esq.<br>Holland & Knight LLP<br>200 S. Orange Ave., Ste. 2600<br>Orlando, FL 32801-3453 |

| | | |
|---|---|---|
| Peace River Electric<br>P.O. Box 1310<br>Wauchula, FL 33873-1310 | Polk Co. Tax Collector<br>Attn: Joe G Tedder<br>430 E Main St<br>Bartow, FL 33830-4717 | Rossway Moore Taylor & Swan<br>2101 Indian River Blvd.<br>Suite 200<br>Vero Beach, FL 32960-7701 |
| Sarasota Co. Tax Collector<br>101 S. Washington Blvd.<br>Sarasota, FL 34236-6993 | Sarasota County Tax Collector<br>101 South Washington Boulevard<br>2nd Floor<br>Sarasota FL 34236-6993 | Schiff Law Group<br>1211 N. Westshore Blvd.<br>Suite 401<br>Tampa, FL 33607-4620 |
| TLGFY LLC Capital One NA<br>as Collater<br>PO Box 54347<br>New Orleans, LA 70154-4347 | Texas 1845, LLC<br>c/o Jeffry R. Jontz<br>Swann Hadley Stump Dietrich & Spears<br>P.O. Box 1961<br>Winter Park, FL 32790-1961 | Tractor Supply<br>P.O. Box 689020<br>Dept. 30-1102738<br>Des Moines, IA 50368-9020 |
| VFS Leasing Co.<br>P.O. Box 26131<br>Greensboro, NC 27402-6131 | Verizon Wireless Svcs<br>PO Box 660108<br>Dallas, TX 75266-0108 | Wauchula State Bank<br>P.O. Box 248<br>Wauchula, FL 33873-0248 |
| Wheeler Co. Tax Collector<br>119 Peral St.<br>Alamo, GA 30411 | Wiley T. & Nancy J. McCall<br>4366 E. Kinsey Road<br>Avon Park, FL 33825-9004 | Wiley T. McCall<br>4366 E. Kinsey Road<br>Avon Park, FL 33825-9004 |
| Jeffry R Jontz +<br>Swann & Hadley PA<br>1031 W Morse Boulevard<br>Post Office Box 1961<br>Winter Park, FL 32790-1961 | Brian A McDowell +<br>Holland & Knight LLP<br>Post Office Box 1526<br>Orlando, FL 32802-1526 | R Scott Shuker +<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 |
| Frank M Wolff +<br>Wolff Hill McFarlin & Herron PA<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2217 | Elena L Escamilla +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 |
| Michael V Hargett +<br>Barnett Bolt Kirkwood Long & McBride<br>601 Bayshore Boulevard, Suite 700<br>Tampa, FL 33606-2756 | Jason H Klein +<br>Latham Shuker Eden & Beaudine LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | Roman V Hammes +<br>Wolff Hill McFarlin & Herron PA<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 |
| Robert W Davis Jr+<br>Holland & Knight, LLP<br>200 S. Orange Avenue<br>Suite 2600<br>Orlando, FL 32801-3453 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Gordon J. Schiff, P.A. dba Schiff Law Grou<br>c/o Michael V. Hargett, Esq.<br>601 Bayshore Blvd., Suite 700<br>Tampa, FL 33606-2756 | (d)Orange Hammock Ranch, LLC<br>c/o Robert W. Davis, Jr., Esq.<br>Holland & Knight LLP<br>200 S. Orange Ave., Ste. 2600<br>Orlando, FL 32801-3453 | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     2<br>Total                  56 |