UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                           Case Number: 6:13-bk-08466-CCJ
                                                 Chapter 11
South Florida Sod, LLC,

    Debtor.
_____/

OBJECTION OF TEXAS 1845, LLC TO
DEBTOR'S MOTION FOR AUTHORITY TO OBTAIN CREDIT

Creditor, Texas 1845, LLC, an unsecured creditor in this case, by and through its undersigned counsel, hereby objects to the Debtor's Motion for Authority to Obtain Credit, and states:

1. Texas 1845, LLC is the largest non-contingent, non-insider unsecured creditor in this case, with a judgment lien of approximately $1.6 million dollars.

2. A review of the Debtor's schedules in this case makes it appear that if the Debtor were liquidated, there would be at the present time adequate property to pay all secured and unsecured creditors. The continued operation of this Debtor jeopardizes a 100% payout to secured and unsecured creditors. The Debtor has claimed that it finds itself in Chapter 11 because of the down turn in the housing industry in Florida, and the resulting diminishment of the sod industry in Florida. However, the Debtor's schedules show that the Debtor has purchased numerous "recreational" properties in Georgia (hunting), North Carolina (vacation cabins), Michigan (summer houses and orchard), and several properties in Montana (business purpose unknown). At the meeting of creditors, the Debtor representative testified that several millions of dollars had been spent on these properties in other states which have no apparent relationship

to the Debtor's sod business in Florida. It therefore appears that a substantial portion of the Debtor's problem and resulting Chapter 11 comes not from a down turn in the sod industry, but rather from a diversion of assets to recreational properties in other states that could have been used in its sod business and other agricultural endeavors in Florida. The Debtor belatedly now seeks to sell all or most of those non-Florida properties.

3. Therefore, one must take a jaundiced eye toward the Debtor's assertion that if it can simply borrower additional funds it can transition from a diminished sod business into a thriving hay business. This case appears to have a serious element of owner mismanagement.

4. Further, the terms of the proposed loan from Wauchula State Bank to the Debtor appears to be more burdensome than is in the best interest of the Debtor and its Creditors. The Debtor seeks to borrower $220,000.00. In order to do that, it not only gives a first mortgage on property in Michigan, which the Debtor claims has a value of $950,000.00, but it also gives a second mortgage on a large tract of land in Sarasota County, Florida. It would appear that Wauchula State Bank is receiving a lien on far more property than is necessary to secure their loan. In addition, the interest rate being charged for the loan is very high in light of its secured status. The interest rate is 10% per annum, plus 3 points on all advances. It is submitted that the terms of this loan jeopardize the interest of the unsecured creditors in this case, and the credit is being obtained on terms that are overly burdensome in the current market, and it is requested that the Court deny the Motion to Obtain Credit on the terms stated in the Debtor's motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided this 28th day of August, 2013, to all "filing users" through the CM/ECF case filing system, and by first class United States mail, postage prepaid, to all creditors and interested parties listed on the mailing matrix attached to the original of this document filed with the Court.

/s/ Jeffry R. Jontz

JEFFRY R. JONTZ
Florida Bar No. 133990
Email: jjontz@swannhadley.com
ERIC B. JONTZ
Florida Bar No. 64905
Email: ejontz@swannhadley.com
SWANN HADLEY STUMP
    DIETRICH & SPEARS, P.A.
Post Office Box 1961
Winter Park, Florida 32790
Telephone: (407) 647-2777
Facsimile:  (407) 647-2157

Attorneys for Creditor, Texas 1845, LLC

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:13-bk-08466-CCJ<br>Middle District of Florida<br>Orlando<br>Wed Aug 28 10:25:38 EDT 2013 | Barnett Bolt Kirkwood Long & McBride<br>Michael V. Hargett, Esq.<br>601 Bayshore Blvd, Suite 700<br>Tampa, FL 33606-2756 | Ford Motor Credit Company LLC<br>c/o Roger A. Kelly, Esq.<br>PO Box 3146<br>Orlando, FL 32802-3146 |
| Gordon J. Schiff, P.A.,dba Schiff Law Group<br>c/o Michael V. Hargett, Esq.<br>601 Bayshore Blvd., Suite 700<br>Tampa, FL 33606-2756 | Orange Hammock Ranch, LLC<br>c/o Robert W. Davis, Jr., Esq.<br>Holland & Knight LLP<br>200 S. Orange Ave., Ste. 2600<br>Orlando, FL 32801-3453 | South Florida Sod, Inc.<br>4366 E. Kinsey Road<br>Avon Park, FL 33825-9004 |
| Wauchula State Bank<br>c/o Patti W. Halloran, Esq.<br>Gibbons, Neuman et al<br>3321 Henderson Blvd<br>Tampa, FL 33609-2921 | POLK COUNTY TAX COLLECTOR JOE G TEDDER, CFC<br>PO BOX 2016<br>BARTOW, FL 33831-2016 | ATCF II Florida-A LLC<br>Capital One NA Cltrl Assignee<br>MTAG as Custodian<br>PO Box 54286<br>New Orleans, LA 70154-4286 |
| ATCFII Florida-A LLC<br>MTAG as Custodian<br>PO Box 54286<br>New Orleans, LA 70154-4286 | Ascot Capital LLC-3<br>PO Box 645040<br>Cincinnati, OH 45264-0303 | Ascot Capital LLC-3 US Bank<br>c/o Ascot Capital LLC-3<br>PO Box 645040<br>Cincinnati, OH 45264-0303 |
| Barfield Auctions<br>607 Milner Road<br>Shellman, GA 39886-3906 | Barnett Bolt Kirkwood Long & McBride<br>c/o Michael V. Hargett, Esq.<br>601 Bayshore Blvd., Suite 700<br>Tampa, FL 33606-2756 | Barnett Bolt Kirkwood et al<br>Attn Gordon J. Schiff, Esq<br>601 Bayshore Blvd, Ste 700<br>Tampa, FL 33606-2756 |
| Blue Ridge Mountain EMC<br>PO Box 1366<br>Hayesville, NC 28904-1366 | Blue Ridge Mountain EMC<br>PO Box 9<br>Young Harris, GA 30582-0009 | Century Link<br>P.O. Box 1319<br>Charlotte, NC 28201-1319 |
| Chippewa Co. Tax Collector<br>319 Court Street<br>Sault Ste. Marie, MI 49783-2183 | Choice Environmental<br>P.O. Box 1478<br>Lehigh Acres, FL 33970-1478 | Duke Energy<br>P.O. Box 33199<br>St. Petersburg, FL 33733-8199 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Dept of Revenue<br>Attn: Executive Director<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0140 | Florida Foundation Seed Producers, Inc.<br>Attn. John C. Beuttenmuller<br>PO Box 110200<br>Gainesville, FL 32611-0200 |
| Ford Motor Credit<br>P.O. Box 542000<br>Omaha, NE 68154-8000 | (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 | Ford Motor Credit Company LLC<br>c/o Roger A. Kelly<br>Post Office Box 3146<br>Orlando, FL 32802-3146 |
| Garfield County Treasurer<br>352 Leavitt Ave<br>Jordan, MT 59337 | Gator State Sod Co.<br>Attn Joel Cossio<br>104475 Overseas Hwy<br>Key Largo, FL 33037-4822 | George D. Warthern Bank<br>P.O. Box 637<br>Sandersville, GA 31082-0637 |

| | | |
|---|---|---|
| Gerald Darroh, Inc.<br>P.O. Box 737<br>Whitesboro, TX 76273-0737 | Great Oak Pool I, LLC<br>c/o Hudson Realty Capital<br>Attn: Andrew Bloom<br>250 Park Ave., S. 3rd Floor<br>New York, NY 10003-1402 | Hardee Co. Tax Collector<br>110 W. Oak St., #102<br>Wauchula, FL 33873-2605 |
| Highlands Co. Tax Collector<br>540 S. Commerce Ave.<br>Sebring, FL 33870-3867 | Home Depot Credit Services<br>Dept. 32-2000345508<br>PO Box 6029<br>The Lakes, NV 88901-6029 | Home Depot Credit Services<br>Dept. 32-2000345508<br>PO Box 183175<br>Columbus, OH 43218-3175 |
| Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | JOE G TEDDER, CFC<br>POLK COUNTY TAX COLLECTOR<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016, BARTOW, FL 33831 |
| Lynch, Johnson & Long<br>603 N. Indian River Dr.<br>Ste. 300<br>Fort Pierce, FL 34950-3057 | Masters and Sellars, PC<br>152 Colorado Ave.<br>Monstrose, CO 81401-3629 | Nancy J. McCall<br>4366 E. Kinsey Road<br>Avon Park, FL 33825-9004 |
| Orange Hammock Ranch, LLC<br>582 Beachland Blvd., Ste.300<br>Vero Beach, FL 32963-1758 | Orange Hammock Ranch, LLC<br>c/o Brian A. McDowell, Esq.<br>Holland & Knight LLP<br>200 S. Orange Ave., Ste. 2600<br>Orlando, FL 32801-3453 | Peace River Electric<br>P.O. Box 1310<br>Wauchula, FL 33873-1310 |
| Pinova Inc.<br>2801 Cook Street<br>Brunswick, GA 31520-6160 | Plane Crackers LLC<br>4366 E Kinsey Road<br>Avon Park, FL 33825-9004 | Polk Co. Tax Collector<br>Attn: Joe G Tedder<br>430 E Main St<br>Bartow, FL 33830-4717 |
| Rossway Moore Taylor & Swan<br>2101 Indian River Blvd.<br>Suite 200<br>Vero Beach, FL 32960-7701 | Sarasota Co. Tax Collector<br>101 S. Washington Blvd.<br>Sarasota, FL 34236-6993 | Sarasota County Tax Collector<br>101 South Washington Boulevard<br>2nd Floor<br>Sarasota FL 34236-6993 |
| Schiff Law Group<br>1211 N. Westshore Blvd.<br>Suite 401<br>Tampa, FL 33607-4620 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Stidham & Stidham PA<br>Attn Jonathan Stidham<br>150 East Davidson Street<br>Bartow, FL 33830-3932 |
| TLGFY LLC Capital One NA<br>as Collater<br>PO Box 54347<br>New Orleans, LA 70154-4347 | TLGFY, LLC<br>c/o Capital One as Collater<br>PO Box 54347<br>New Orleans, LA 70154-4347 | Texas 1845, LLC<br>7815 Karl May Drive<br>Waco, TX 76708-5538 |
| Texas 1845, LLC<br>c/o Jeffry R. Jontz<br>Swann Hadley Stump Dietrich & Spears<br>P.O. Box 1961<br>Winter Park, FL 32790-1961 | Tractor Supply<br>P.O. Box 689020<br>Dept. 30-1102738<br>Des Moines, IA 50368-9020 | Two Crackers LLC<br>c/o South Florida Sod Inc<br>4366 E Kinsey Road<br>Avon Park, FL 33825-9004 |

Two Hombres LLC
c/o South Florida Sod Inc
4366 E Kinsey Road
Avon Park, FL 33825-9004

United States Trustee - ORL
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

VFS Leasing Co
PO Box 26131
Greensboro, NC 27402-6131

Verizon Florida LLC
PO Box 920041
Dallas, TX 75392-0041

Verizon Wireless Svcs
PO Box 660108
Dallas, TX 75266-0108

Volvo Financial Services
c/o Alan J. Perlman
Roetzel & Andress
350 East Las Olas Bouelvard, Suite 1150
Fort Lauderdale, FL 33301-4254

Wauchula State Bank
P.O. Box 248
Wauchula, FL 33873-0248

Wheeler Co. Tax Collector
119 Peral St.
Alamo, GA 30411

Wiley T. & Nancy J. McCall
4366 E. Kinsey Road
Avon Park, FL 33825-9004

Wiley T. McCall
4366 E. Kinsey Road
Avon Park, FL 33825-9004

Frank M Wolff
Wolff Hill McFarlin & Herron PA
1851 West Colonial Drive
Orlando, FL 32804-7013

Roman V Hammes
Wolff Hill McFarlin & Herron PA
1851 West Colonial Drive
Orlando, FL 32804-7013

c/o Alan Perlman Volvo Financial Services
Roetzel & Andress
350 East Las Olas Boulevard
Suite 1150
Fort Lauderdale, FL 33301-4254

c/o Jeffry R. Jontz Texas 1845, LLC
P.O. Box 1961
Winter Park, FL 32790-1961

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company LLC
Drawer 55-953 Chapter 13
Post Office Box 55000
Detroit, MI 48255-0953

Sprint
PO Box 4181
Carol Stream, IL 60197-4181

(d)Sprint Nextel Corp.
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ford Motor Credit Company LLC
c/o Roger A. Kelly
Post Office Box 3146
Orlando, Fl 32802-3146

(d)Gerald Darroh, Inc.
PO Box 737
Whitesboro, TX 76273-0737

(d)Gordon J. Schiff, P.A. dba Schiff Law Grou
c/o Michael V. Hargett, Esq.
601 Bayshore Blvd., Suite 700
Tampa, FL 33606-2756

(d)Orange Hammock Ranch, LLC
c/o Robert W. Davis, Jr., Esq.
Holland & Knight LLP
200 S. Orange Ave., Ste. 2600
Orlando, FL 32801-3453

(d)Texas 1845, LLC
c/o Jeffry R. Jontz
Swann Hadley Stump Dietrich & Spears
P.O. Box 1961
Winter Park, FL 32790-1961

(d)VFS Leasing Co.
P.O. Box 26131
Greensboro, NC 27402-6131

| | | |
|---|---|---|
| (d)Wauchula State Bank<br>PO Box 248<br>Wauchula, FL 33873-0248 | (d)Wauchula State Bank<br>c/o Patti W. Halloran, Esq<br>Gibbons Neuman et al<br>3321 Henderson Blvd<br>Tampa FL 33609-2921 | End of Label Matrix<br>Mailable recipients   73<br>Bypassed recipients    8<br>Total                 81 |