UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

South Florida Sod, Inc.,   Case No. 06:13-bk-08466-CCJ

    Debtor.
_____/

**ORDER AUTHORIZING AND SCHEDULING
(A) A PUBLIC AUCTION FOR THE SALE OF ASSETS,
FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES;
(B) APPROVING PROCEDURES FOR THE SUBMISSION OF BIDS;
(C) SCHEDULING A HEARING TO CONSIDER APPROVAL OF SUCH
SALE; AND (D) APPROVING THE FORM AND MANNER OF NOTICE OF
THE SALE AND BID PROCEDURES PURSUANT TO FED. R. BANKR. P. 2002**

This case came before the court at a hearing on September 5, 2013 to consider and act upon the Debtor's motion for authority to sell property of the estate free and clear of liens, claims and for approval of certain bid procedures (the "Sale Motion") (Doc. no. 66). The Bid Procedures have been approved. The Notice of Auction (Doc. no. 73) has been filed and served and no objections have been filed or raised at the hearing. Accordingly, it is

ORDERED:

1.    The motion is granted.

2.    The sale of the Property on the terms as set forth in the Motion and Notice of Auction is approved by this Court and is intended to be free and clear of all liens, claims and encumbrances except those specifically assumed by the ultimate purchaser, and all such liens, claims and encumbrances will attach to the proceeds of the sale. The sale proceeds will be paid directly to the Debtor's debtor in possession account and

G:\11728\363 order approving sale.doc

distributed in accordance with the relevant provisions of the Code and this Court's orders.

3. The Court finds the sale approved in this Order has been entered into in good faith by the parties and that the parties to the transaction are entitled to the full protections of 11 U.S.C. §363(m).

DONE and ORDERED at Orlando, Florida September 27, 2013.

_____
Cynthia C. Jackson
United States Bankruptcy Judge

Attorney, Frank M. Wolff, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order