UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

SOUTH FLORIDA SOD, INC.

Chapter 11
Case No.: 6:13-bk-08466-CCJ

Debtor.
_____/

## PROOF OF SERVICE

I certify that a copy of the Interim Order Granting Debtor's Motion for Authority to Compensate Officer Affiliate and Setting Continued Hearing for October 17, 2013 (Doc. No. 120), a copy of which is attached hereto, has been served on September 27, 2013: (a) on all "filing users" by filing with CM/ECF; and (b) by first class United States mail, postage prepaid, to the Local Rule 1007-2 Parties in Interest List as listed on the mailing matrix attached to the original of this document filed with the court.

/s/ Frank M. Wolff
Frank M. Wolff
Florida Bar No. 319521
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL  32804
Telephone (407) 648-0058
Facsimile  (407) 648-0681
fwolff@whmh.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

South Florida Sod, Inc.,                    Case No. 06:13-bk-08466-CCJ

    Debtor.
_____/

## INTERIM ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO COMPENSATE OFFICER AFFILIATE AND SETTING CONTINUED HEARING FOR OCTOBER 17, 2013

This case came before the Court at a hearing on September 5, 2013 to consider and act upon the Debtor's motion for authority to pay officer affiliate (Doc. No. 8). For the reasons stated and recorded in open court, it is

ORDERED:

1. If the Debtor is otherwise current in the payment of all obligations arising after the Petition Date, then the Debtor is authorized to compensate Wiley T. McCall no more than is necessary to maintain health insurance for him and his family, retroactive to the Petition Date, through and including October 17, 2013.

2. If Mr. McCall is not paid due to insufficient funds, then the affiliate compensation will not accrue as a Chapter 11 administrative expense.

3. A continued hearing on this motion is continued to **October 17, 2013 at 1:30 p.m.**

DONE and ORDERED _September 27, 2013_.

                                                                     Cynthia C. Jackson
                                                                     United States Bankruptcy Judge

Attorney, Frank M. Wolff, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order